AO 91 (Rev. 11/11)   Criminal Complaint

# UNITED STATES DISTRICT COURT
for the
Northern District of Ohio

**FILED**
1:38 pm Nov 14 2023
Clerk U.S. District Court
Northern District of Ohio
Cleveland

| United States of America | ) | |
|---|---|---|
| v. | ) | |
| Tsz Chun Xie | ) | Case No.   1:23 MJ 4272 |
| | ) | |
| *Defendant(s)* | ) | |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of __August 23, 2023__ in the county of __Cuyahoga__ in the __Northern__ District of __Ohio__, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| Title 18, United States Code, 1956 (h) | Money Laundering Conspiracy |

This criminal complaint is based on these facts:

SEE ATTACHED AFFIDAVIT

☑ Continued on the attached sheet.

*Complainant's signature*

Casey T. Carty, FBI Special Agent
*Printed name and title*

Sworn to via telephone after submission by reliable electronic means. Fed. R. Crim. P. 3, 4(d), and 4.1.

Date:  11-14-2023

*Judge's signature*

City and state:  Cleveland, Ohio    Jonathan D. Greenberg, U.S. Magistrate Judge
*Printed name and title*